# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GULF ISLAND SHIPYARDS, LLC

VERSUS

HORNBECK OFFSHORE SERVICES, LLC

NO.   2020 CW 0053

**MARCH 23, 2021**

---

In Re:   Hornbeck   Offshore   Services,   LLC,   applying   for supervisory   writs,   22nd   Judicial   District   Court, Parish of St. Tammany, No. 2018-14866.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **STAY LIFTED; WRIT DENIED.**  The stay previously ordered by this court is lifted pursuant to relator's correspondence that the automatic stay imposed by 11 U.S.C. 362 has been lifted.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT